UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TYLER BAKER, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PLANT THERAPY, LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00367-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon parties' Joint Motion for Dismissal (Dkt. 10),

IT IS HEREBY ORDERED:

1. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

2. Each party will bear their own costs and attorney fees.

3. This case is **CLOSED**.

DATED: September 15, 2020

_____
David C. Nye
Chief U.S. District Court Judge